UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN WAI WU<br><br>            Plaintiffs,<br>     v.<br><br>MT. HAWLEY INSURANCE, a business entity, form unknown, PAUL SIRKIN INSURANCE, a business entity, form unknown; and DOES 1 through 20, inclusive,<br>            Defendants. | NO. CV 11-01323 DMR<br><br>[PROPOSED] ORDER ALLOWING SUBSTITUTION OF COUNSEL |

Based on the consent of defendant Mt. Hawley Insurance Company, its former counsel Sedgwick, Detert, Moran & Arnold, LLP of San Francisco, California, and good cause being shown and its proposed new counsel, Julia A. Molander of Meckler Bulger Tilson Marick & Pearson, LLP, of San Francisco, California, this Court hereby ORDERS that Julia A. Molander of Meckler Bulger Tilson Marick & Pearson, LLP, be substituted as counsel of record in this action for defendant Mt. Hawley Insurance Company.

Dated: 5/6/11 , 2011

Hon. Donna M. Ryu
Magistrate Judge of the U.S. Northern District, California Court

[PROPOSED] ORDER ALLOWING SUBSTITUTION OF COUNSEL