UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN WAI WU,<br><br>        Plaintiff,<br><br>    v.<br><br>MT HAWLEY INSURANCE *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-01323-DMR<br><br>**ORDER DENYING DEFENDANT PAUL SIRKIN INSURANCE'S MOTION TO DISMISS AS MOOT** |

Having received Plaintiff and Defendant Paul Sirkin Insurance's Stipulation of Dismissal with Prejudice [Docket No. 41], it is hereby ORDERED that Defendant Paul Sirkin Insurance's Motion to Dismiss is moot.

IT IS SO ORDERED.

Dated: July 14, 2011

_____
DONNA M. RYU
United States Magistrate Judge