UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIN WAI WU,

        Plaintiff,

   v.

MT. HAWLEY INSURANCE, *et al.*,

        Defendants.
_____/

No. C-11-01323-DMR

**ORDER VACATING AUGUST 11, 2011 HEARING**

After thoroughly examining the record, papers, and other relevant documents in this case, the court finds that this matter is appropriate for determination without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the hearing scheduled for August 11, 2011 is hereby VACATED.

IT IS SO ORDERED.

Dated: August 8, 2011

_____
DONNA M. RYU
United States Magistrate Judge