UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN WAI WU, | No. C-11-01323-DMR |
| Plaintiff, | **ORDER VACATING AUGUST 11, 2011 HEARING** |
| v. | |
| MT. HAWLEY INSURANCE, *et al.*, | |
| Defendants. | |

On June 29, 2011, the court ordered the parties to participate in a July 27, 2011 ADR conference and report to the court by no later than August 11, 2011 as to the agreed-upon ADR process. Having vacated the hearing scheduled for August 11, 2011, the court now ORDERS the parties jointly to submit the requested ADR report in writing by no later than August 11, 2011.

IT IS SO ORDERED.

Dated: August 8, 2011

DONNA M. RYU
United States Magistrate Judge