**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIN WAI WU,

    Plaintiff(s),

v.

MT HAWLEY INSURANCE,

    Defendant(s).

No. C-11-01323 DMR

**ORDER DISMISSING DEFENDANTS TALBOT INSURANCE & FINANCIAL SERVICES, PATRICK MARTIN, AND HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, INC. WITH PREJUDICE**

On October 27, 2011, this court granted Defendant Mt. Hawley Insurance's motion to dismiss the third, fourth, and fifth claims of Plaintiff's amended complaint. [Docket No. 76.] The order left Plaintiff with no active claims against Defendants Talbot Insurance & Financial Services, HUB International of California Insurance Services, Inc., and Patrick Martin. The court also gave Plaintiff until November 10, 2011 to move to leave to file a second amended complaint. [Docket No. 76.] Plaintiff filed no such motion. There court therefore DISMISSES Defendants Talbot Insurance & Financial Services, HUB International of California Insurance Services, Inc., and Patrick Martin from this matter with prejudice.

IT IS SO ORDERED.

Dated: November 14, 2011

_____
DONNA M. RYU
United States Magistrate Judge