UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN WAI WU, | No. C-11-01323 DMR |
| Plaintiff(s), | **ORDER DISMISSING DEFENDANTS TALBOT INSURANCE & FINANCIAL SERVICES, PATRICK MARTIN, AND HUB INTERNATIONAL OF CALIFORNIA INSURANCE SERVICES, INC. WITH PREJUDICE** |
| v. | |
| MT HAWLEY INSURANCE, | |
| Defendant(s). | |

On October 27, 2011, this court granted Defendant Mt. Hawley Insurance's motion to dismiss the third, fourth, and fifth claims of Plaintiff's amended complaint. [Docket No. 76.] The order left Plaintiff with no active claims against Defendants Talbot Insurance & Financial Services, HUB International of California Insurance Services, Inc., and Patrick Martin. The court also gave Plaintiff until November 10, 2011 to move to leave to file a second amended complaint. [Docket No. 76.] Plaintiff filed no such motion. There court therefore DISMISSES Defendants Talbot Insurance & Financial Services, HUB International of California Insurance Services, Inc., and Patrick Martin from this matter with prejudice.

IT IS SO ORDERED.

Dated: November 14, 2011

IT IS SO ORDERED.
Judge Donna M. Ryu

_____
DONNA M. RYU
United States Magistrate Judge