David L. Olson, Esq.    (State Bar No. 49107)
Email: David@dlolegal.com
Law Offices of David L. Olson
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 446-7844
Facsimile: (510) 446-7845

Attorneys for Plaintiff KIN WAI WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIN WAI WU,<br>    Plaintiff,<br>vs.<br><br>MT. HAWLEY INSURANCE, *et al*,<br>    Defendants. | Case No.: C-11-01323 DMR<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE AND RELATED DISCOVERY DATES;** [PROPOSED] **ORDER**<br><br>Next CMC:    February 23, 2012<br>Time:    11:00 A.M.<br><br>Trial Date:    May 7, 2012<br>Time:    8:30 AM<br><br>Magistrate Judge:  Hon. Donna M. Ryu |

## RECITALS

1.   The parties last appeared before the Court at the Case Management Conference on December 21, 2011. During the Case Management Conference Plaintiff requested that the date by which to designate and disclose expert witnesses be extended for a maximum of three weeks.

Plaintiff also requested that other expert related discovery dates be similarly continued to correspond to the extended expert disclosure date.

2. While the Court stated it was not inclined to grant Plaintiff's request without a formal motion, it was prepared to consider signing an Order extending the date by which experts were to be designated and disclosed along with other related discovery dates if stipulated to by the parties.

3. Accordingly, subject to the Court's consent, the parties stipulate and agree as follows:

**STIPULATION**

The parties stipulate, subject to the Court's discretion, that i.) the date by which the parties shall designate and disclose Experts and provide reports shall be extended to January 17, 2012; ii.) rebuttal experts shall be disclosed and reports provided by January 31, 2012 iii.) all discovery from experts shall be completed by February 14, 2012 and iv.) all other deadlines remain as per the Court's June 30, 2011 Case Management and Pretrial Order for Jury Trial.

DATED: December 23, 2011          Respectively submitted,

                                  LAW OFFICES OF DAVID L. OLSON

                                  By: _____
                                  David L. Olson
                                  Attorneys for Plaintiff KIN WAI WU

DATED: December 26, 2011          Respectively submitted,

                                  MECKLER BULGER TILSON MARICK & PEARSON LLP

                                  By: _____
                                  Fulton M. Smith
                                  Attorneys for Defendant MT HAWLEY INSURANCE COMPANY

STIPULATION [PROPOSED] ORDER
CV 11-01323 DMR                                                              PAGE 2

# [PROPOSED] ORDER GRANTING EXTENSION OF EXPERT DISCOVERY

The Court has considered the parties' stipulation to continue i.) the date by which the parties shall designate and disclose experts and provide reports, to and including January 17, 2012; ii.) the date by which the rebuttal experts shall be disclosed and reports provided, to and including January 31, 2012 iii.) all discovery from experts to be completed by February 14, 2012 and iv.) all other deadlines remain as per the Court's June 30, 2011 Pretrial Order for Jury Trial..

Finding GOOD CAUSE, the Court hereby continues i.) the date by which the parties shall designate and disclose experts and provide reports, to and including January 17, 2012; ii.) the date by which the rebuttal experts shall be disclosed and reports provided, to and including January 31, 2012 and iii.) all discovery from experts to be completed by February 14, 2012.

IT IS SO ORDERED.

DATED: December 27, 2011



_____
Donna M. Ryu
United States Magistrate Judge